UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:

THEODORE ALEXANDER FOUROS
ELIZABETH B. EAGLES-FOUROS

    DEBTORS

CASE NO: 13-00464-5-JNC
CHAPTER 7

## MOTION FOR PRIVATE SALE OF PROPERTY SUBJECT TO BIDDING PROCEDURES

NOW COMES John C. Bircher III, the Chapter 7 Trustee (the "Trustee") in the case captioned above (the "Debtors"), who hereby files this motion for an order (1) authorizing the sale of certain real property owned by the Debtors pursuant to Bankruptcy Code Sections 105 and 363 and pursuant to Bankruptcy Rule 6004, and (2) allowing the use of certain bidding procedures as part of that proposed sale (the "Motion"). In support thereof, he respectfully represents as follows:

### Jurisdiction and Venue

1. On January 23, 2013, the Debtors filed a voluntary bankruptcy Petition under Chapter 13 of the Bankruptcy Code. On March 12, 2018, the Debtors' case was converted to one under Chapter 7 of the Code, the John C. Bircher III was appointed Chapter 7 Trustee on March 13, 2018.

2. This Court has jurisdiction over all matters set forth herein pursuant to 28 U.S.C. §§157 and 1334. Venue is proper pursuant to 28 U.S.C. §§1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

### The Proposed Sale of Real Property

3. The Trustee proposes to sell to ETC Cust. FBO Z123689, and/or assigns ("Buyer") the real property described in this paragraph pursuant to 11 U.S.C. §363, and the Trustee has the authority to sell this property pursuant to 11 U.S.C. §363(b). The property to be sold is as follows:

> **All of the Debtors' interest in the properties known as (1) Ioannou Kapodistriou 40, Lefkas, Greece (as described in D.E. # 155, p. 3, ¶ 1.1); and (2) approx. 44-50 acres vacant land, also known as the "Salt Lake Property," Lefkas, Greece (as described in D.E. # 137, p. 4, ¶ 1.3).**

(the "Property").

### The Offer

4.  In this Motion, the Trustee proposes to sell the Property as outlined in the attached letter dated July 30, 2018, indicating the Buyer's offer to purchase the Property (the "Offer") for the price of $7,000.00 (the "Purchase Price"), attached hereto as Exhibit A. The Offer is subject to Court approval before becoming effective and binding. A more definitive contract may later be drafted and executed consistent with the Offer, this Motion and any order of sale.

5.  The Trustee has performed due diligence with respect to the assets and the Buyer. He is satisfied that the Offer is fair in terms of value for the Property and also that the Buyer has the financial capability necessary to perform under the Offer and timely close the sale transaction contemplated therein. The Buyer is therefore a "Qualified Bidder" as that term is defined below.

6.  Under the Offer, subject to approval of this Motion and tender of funds at closing, the Buyer or its designee will purchase the Property.

7.  Pursuant to the procedures set forth herein and in the Offer, any sale agreement to be later executed pursuant thereto, and the order of this Court, the Trustee will at closing, pursuant to Section 363 of the Bankruptcy Code, and upon payment of the Purchase Price in good funds and satisfaction of all conditions, sell, transfer, and convey to the Buyer or its designee all of Debtor's right, title, and interest in and to the Buyer.

8.  Each party will pay all of its own expenses incurred in connection with the sale including without limitation: (1) all costs and expenses stated therein to be borne by the respective parties; and (2) all of their respective due diligence, accounting, legal, appraisal and similar fees.

### The Bidding Procedures

9.  Section 363 of the Bankruptcy Code and the customary requirements of the Court allow third parties an opportunity to place competing or topping bids for a sale upon substantially the same terms as proposed in this Motion and pursuant to set bidding procedures. Those bids may be placed at any time prior to hearing and approval by the Court of the sale, including at the hearing.

10.  As a condition of the execution of the Offer, the Buyer has required that a break up fee be allocated to the Buyer as part of any bidding procedures that are set. The Trustee therefore proposes that the Court approve the following bidding procedures (the "Bidding Procedures") incident to the sale of the Property:

　　(1)  If a Qualified Bidder (as defined below) has appeared and placed the

minimum topping bid as set forth below, the Trustee shall hold an auction for the Asset under terms substantially similar to the Offer in open court at or just before the hearing to be held on this Motion (the "Sale Hearing").

(2) The Trustee can require that potential competing bidders deliver to him evidence of financial condition, business acumen and ability to consummate a sale of the Asset in a timely manner in accordance with the terms of the Offer, this Motion, and the topping bid. The Trustee may disqualify potential bidders who fail to demonstrate the necessary financial wherewithal and business acumen to consummate the sale. Bidders who demonstrate the necessary financial wherewithal, business acumen and ability to close timely shall each be deemed a "Qualified Bidder."

(3) The initial competing offer by a third-party Qualified Bidder (the "Initial Overbid") for the Buyer must exceed the proposed Purchase Price by at least $6,000.00. Any successive bid following the Initial Overbid at the Sale Hearing or any auction shall exceed the immediately preceding bid by an amount of not less than $6,000.00.

(4) The Trustee shall require that any acceptable final bid from a Qualified Bidder as made in open court upon the Sale Hearing be: (a) immediately followed by execution of an agreement with terms and conditions substantially similar to or better than those set forth in the Offer and the Definitive Sale Agreement; (b) demonstration of an ability to close in a prompt fashion; and (c) posting of a good faith deposit of at least $6,000.00 no later than the first business day after the Sale Hearing, paid in the form of a certified or cashier's check, or in the form of a wire transfer to the Trustee's escrow account.

(5) Upon the conclusion of the bidding process at the Sale Hearing, the Trustee shall submit the recommended highest and best bid (the "Successful Bid") to the Bankruptcy Court for approval that day.

(6) In the event that the holder of the Successful Bid does not timely make the required Successful Bid deposit, the next highest bidder at the auction held at the Sale Hearing shall be required to honor its next highest bid and place the Successful Bid deposit, and so on until a deposit from a Qualified Bidder is in place.

(7) Failure to post the Successful Bid deposit timely shall leave the nonperforming higher bidding parties with liability for breach of contract for the difference between the amount of the high bid and any future net sale proceeds received on the actual sale of the proceeds, plus such other claims and causes of action as may be available under North Carolina law,

federal bankruptcy law, and such other law as may apply.

(8) In the event that another Qualified Bidder in fact places a bid on the Property, and the Buyer is not the holder of the Successful Bid at the eventual conclusion of the bidding procedures, the Buyer will be paid, as a break-up fee, from the proceeds of the closing or from proceeds of the Successful Bid deposit, entirely according to the Trustee's discretion, the amount of $6,000.00.

11. The Trustee believes and represents that the above Bidding Procedures are fair and reasonable under the present facts and circumstances of the case, and are intended to provide, among other things, an opportunity to generate a greater return for the sale of the real property interest. They are designed to maximize the value of the Property and ensure a fair and orderly auction process.

12. If no topping bids are made or filed by the time of the conclusion of the Sale Hearing, then upon entry by the Court of an appropriate order, the sale at the Purchase Price to Buyer upon the terms set forth in the Offer shall be declared the highest bid. Closing shall proceed as set forth in the Offer or any other subsequent sale agreement approved by the Court.

## Property Sold "As Is, Where Is"

13. The Trustee's sale of the Property pursuant to this Motion, whether the sale is to the Buyer or to a purchaser taking the Property pursuant to the Bidding Procedures above, will be "as is, where is," and is being sold by the Trustee subject to any and all known and unknown defects of title, or other defects, as they may exist now or as they may be discovered after the Trustee's sale of the Property.

## Private Sale Rather Than Public Auction

14. Bankruptcy Rule 6004(f)(1) provides that "[a]ll sales not in the ordinary course of business may be by private sale or by public auction." Fed. R. Bankr. P. 6004(f)(1). Although public auctions are generally favored, a Chapter 7 trustee may sell assets outside the ordinary course of business by private sale when he demonstrates that the sale is permissible pursuant to section 363(b) of the Bankruptcy Code and is likely to result in a return greater than the amount reasonably forecast from a public auction.

15. The Trustee has determined in his reasonable business judgment that the sale of

the Buyer by a consensual private sale will serve the best interests of the bankruptcy estates and their respective creditors because, among other things: (a) an opportunity for upset bidding in a public forum is provided; (b) a public auction would only entail delay and attendant expense with no likelihood of benefit; (c) a public auction is impractical and unwieldy with respect to the nature of the property being sold, which is a relatively small piece of property located in a foreign country. In addition, as indicated above, a party previously expressing an interest or new parties may submit higher or better offers for the Property.

### The Proposed Sale Is Made in Good Faith

16. Section 363(m) of the Bankruptcy Code provides, in pertinent part:

The reversal or modification on appeal of an authorization under [section 363(b) or (c)]... of a sale or lease of property does not affect the validity of a sale or lease under such authorization to an entity that purchased or leased such property in good faith, whether or not such entity knew of the pendency of the appeal, unless such authorization and such sale or lease were stayed pending appeal.

11 U.S.C. § 363(m).

17. Although the Bankruptcy Code does not define "good faith" purchaser, courts interpreting section 363(m) have held that "to show lack of good faith [a party] must show fraud, collusion . . . or an attempt to take grossly unfair advantage of other bidders." *See, e.g., Willemain v. Kivitz*, 764 F.2d 1019, 1023 (4th Cir. 1985) (citing *In re Rock Industries Machinery Corp.*, 572 F.2d 1195, 1997 (7th Cir. 1978).

18. The Trustee has reviewed market conditions relative to the Property and believes that Buyer's offer is fair and reasonable under the circumstances and would be of great benefit to Debtors' estate and creditors.

19. The Offer and sale were negotiated at arms' length and in good faith by the Trustee and Buyer. There is no known prior connection between Debtor and Buyer. Buyer (and any other Qualified Bidder that submits a higher or better offer for the Buyer), is entitled to a finding under Bankruptcy Code section 363(m) with respect to the transactions contemplated by the Offer and the sale agreement that it is deemed a good faith purchaser.

WHEREFORE, the Trustee respectfully requests the Court as follows:

1. That the Court conduct a hearing on the Motion, and at such hearing authorize and approve the proposed Bidding Procedures and Breakup Fee as set forth herein;

    2.      That, also at such hearing, the Court approve the sale and assignment of the Property to Buyer or the Successful Bidder;

    3.      That the Court grant such other and further relief as the Court deems just and proper.

Dated: 8/30/18

 /s/ John C. Bircher III  
JOHN C. BIRCHER III  
NC State Bar No.24119  
WHITE & ALLEN, PA  
P.O. Drawer U  
New Bern, NC 28563  
252.638.5792  
Phone: (252) 638-5792  
Email: jbircher@whiteandallen.com

## ETC CUST. FBO Z 123689 IRA
10175 Fortune Parkway, Suite 101
Jacksonville, Florida 32256

TELEPHONE
(904) 641-2043

FAX
(904) 448-1112

E-MAIL
PalumboJ@aol.com

**VIA E-MAIL ONLY: jbircher@whiteandallen.com**
**& cweiss@whiteandallen.com**

Monday, July 30, 2018

John C. Bircher, III, Trustee
White & Allen
1319 Commerce Dr., Drawer U
New Bern, NC 28563

Re:   **Fouros, Debtor**
      **Case Number: 13-00464**

Dear John:

With this letter, I am confirming the property photos sent by you via email on July 9, 2018, reflect the same property that I visited in Greece on July 4, 2018. Therefore, after review of information and the property on the above referenced case, I am prepared to offer **$7,000.00** USD for the estate's interest in that certain real property located at 40 Kapodistriou in Lefkas, Greece and the vacant land located in Lefkas, Greece.

This is a net offer to the estate, without the expense of advertising, commissions, title fees or other expenses normally attributable to selling this type of asset. Furthermore, it shall be understood that the assistance of the Debtor will be necessary to facilitate the completion of the real estate transaction.

This offer will include a break-up fee of $6,000.00 USD that we will be due to receive in the event another bidder should purchase the asset. The break-up fee is incorporated in this offer, as a means, to compensate for due diligence.

This offer is based on a timely acceptance and an appropriate notice to creditors. Also, any funds received after acceptance of this offer shall be credited to buyer.

If this offer is acceptable to you, please let us know and we will set aside funds while you notice the sale. If we are the successful bidder of this asset, **the title will need to be made to ETC Cust. FBO Z123689 IRA and/or assignees.**

If you have any questions, please contact our offices at **(888) 247-1105**.

Very truly yours,

*[signature]*

ETC Cust. FBO Z123689 IRA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:

THEODORE ALEXANDER FOUROS                    CASE NO:  13-00464-5-JNC
ELIZABETH B. EAGLES-FOUROS                   CHAPTER 7

      DEBTORS

## NOTICE MOTION FOR PRIVATE SALE OF PROPERTY SUBJECT TO BIDDING PROCEDURES

      John C. Bircher III, Chapter 7 Trustee in the above referenced case ("Trustee") has filed a MOTION FOR PRIVATE SALE OF PROPERTY SUBJECT TO BIDDING PROCEDURES (the "Motion") with the Court.

      <u>Your rights may be affected</u>. You should read Motion carefully and discuss any concerns or questions with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

      If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then on or before September 24, 2018 unless otherwise ordered, you or your attorney must file with the Court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and/or a request for hearing. Any party requesting a hearing shall appear at said hearing in support of such request or may be assessed Court costs.

      If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

      Further notice is given that a hearing has been scheduled on the Motion at September 26, 2018 at 10:00 a.m. at the U.S. Bankruptcy Court, Randy D. Doub Courthouse, 150 Reade Circle, Greenville, North Carolina.

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

      Dated: August 30, 2018

                                  <u>/s/ John C. Bircher III</u>
                                  JOHN C. BIRCHER III
                                  NC State Bar No.24119
                                  WHITE & ALLEN, PA
                                  P.O. Drawer U
                                  New Bern, NC 28563
                                  252.638.5792
                                  Phone: (252) 638-5792
                                  Email: jbircher@whiteandallen.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age, and that the filed MOTION FOR PRIVATE SALE OF PROPERTY SUBJECT TO BIDDING PROCEDURES and NOTICE thereof was this day served upon the below named persons by first class mail bearing sufficient postage or electronically indicated below:

| | |
|---|---|
| Marjorie K. Lynch, Esquire<br>Bankruptcy Administrator<br>(via CM/ECF) | Theodore & Elizabeth Fouros<br>8713 Vintage Club Circle Porters Neck Plantation<br>Wilmington, NC  28411 |
| ETC. CUST. FBOZ 123689 IRA<br>Attn: Manager or Agent<br>10175 Forturne Parkway, Suite 101<br>Jacksonville, FL  32256 | Algernon L. Butler, III<br>Attorney for Debtors<br>(via CM/ECF)<br><br>ATTACHED MAILING MATRIX |
| Attorney General<br>9001 Mail Service Center<br>Raleigh, NC  27699-9001<br>**\*CERTIFIED MAIL, RETURN RECEIPT** | United States Attorney<br>Attn.:  Civil Process Clerk<br>310 New Bern Avenue, Ste. 800<br>Federal Building<br>Raleigh, NC 27601-1461<br>  **\*CERTIFIED MAIL, RETURN RECEIPT** |
| Attorney General<br>950 Pennsylvania Avenue, NW, Ste. 5137<br>Washington, DC 20530<br>  **\*CERTIFIED MAIL, RETURN RECEIPT** | U.S. Small Business Administration<br>Attn: Managing Agent<br>200 West Santa Ana Boulevard, Suite 950<br>Santa Ana, CA  92701<br>  **\*CERTIFIED MAIL, RETURN RECEIPT** |

Dated: August 30, 2018

/s/ John C. Bircher III
JOHN C. BIRCHER III
NC State Bar No.24119
WHITE & ALLEN, PA
P.O. Drawer U
New Bern, NC 28563
252.638.5792
Phone: (252) 638-5792
Email: jbircher@whiteandallen.com

```
Label Matrix for local noticing          American Express                         American Express Bank, FSB
0417-8                                   Attn: Managing Officer/Agent             c o Becket and Lee LLP
Case 13-00464-8-SWH                      PO Box 981540                            POB 3001
Eastern District of North Carolina       El Paso, TX 79998-1540                   Malvern, PA 19355-0701
Wilson
Thu Aug 30 11:16:13 EDT 2018

American Express Centurion Bank          (p)BB AND T                              Bank Of America
c o Becket and Lee LLP                   PO BOX 1847                              Attn: Bankruptcy NC4-105-0314
POB 3001                                 WILSON NC 27894-1847                     PO Box 26012
Malvern, PA 19355-0701                                                            Greensboro, NC 27420-6012


(p)BANK OF AMERICA                       Bank of America, N.A.                    (p)BANKRUPTCY ADMINISTRATOR EDNC
PO BOX 982238                            NC4-105-02-99                            434 FAYETTEVILLE STREET
EL PASO TX 79998-2238                    PO Box 26012                             SUITE 640
                                         Greensboro, NC 27420-6012                RALEIGH NC 27601-1888


Becket and Lee, LLP                      Bennett Brothers Yachts                  (p)JOHN C BIRCHER III
PO Box 10228                             Attn: Managing Officer/Agent             WHITE & ALLEN PA
Newark, NJ 07193-0228                    1701 Wade Drive                          1319 COMMERCE DRIVE
                                         Wilmington, NC 28401                     PO DRAWER U
                                                                                  NEW BERN NC 28563-8520


Joseph A. Bledsoe III                    Algernon L. Butler III                   Algernon L. Butler III
PO Box 1618                              P.O. Box 38                              Butler & Butler, L.L.P.
New Bern, NC 28563-1618                  Wilmington, NC 28402-0038                P. O. BOX 38
                                                                                  Wilmington, NC 28402-0038


Capital One                              Chase                                    Citibank
Attn: Managing Officer/Agent             Attn: Managing Officer/Agent             Att: Managing Agent/Officer
PO Box 5894                              P.O. Box 15298                           PO Box 6500
Carol Stream, IL 60197-5894              Wilmington, DE 19850-5298                Sioux Falls, SD 57117-6500


Citibank                                 Citibank, N.A.                           Coastal Finance Company
Attn: Managing Officer/Agent             Attn: Managing Officer/Agent             Attn: Managing Officer/Agent
PO Box 6235                              1000 Technology Dr                       3602 Market Street
Sioux Falls, SD 57117-6235               O'Fallon, MO 63368-2239                  Wilmington, NC 28403-1326


Julian Theodore Cotton                   Credit One Bank                          Discover Bank
Padgett Law Group                        Attn: Managing Officer/Agent             DB Servicing Corporation
6267 Old Water Oak Road, Ste. 203        PO Box 98873                             PO Box 3025
Tallahassee, FL 32312-3858               Las Vagas, NV 89193-8873                 New Albany, OH  43054-3025


(p)DISCOVER FINANCIAL SERVICES LLC       Elizabeth B. Eagles-Fouros               FIA CARD SERVICES, N.A.
PO BOX 3025                              8317 Vintage Club Circle                 4161 Piedmont Parkway
NEW ALBANY OH 43054-3025                 Porters Neck Plantation                  NC4 105 03 14
                                         Wilmington, NC 28411-7690                Greensboro, NC 27410


FV-I, Inc. in trust for Morgan Stanley   First Citizens Bank                      First Premier Bank
Mortgage Capital Holdings LLC            Attn: Managing Officer/Agent             Attn: Managing Officer/Agent
c/o SPECIALIZED LOAN SERVICING LLC       PO Box 1580                              PO Box 5524
8742 LUCENT BLVD, SUITE 300              Roanoke, VA 24007-1580                   Sioux Falls, SD 57117-5524
HIGHLANDS RANCH, COLORADO 80129-2386
```

```
Theodore Alexander Fouros              Hunter E. Fritz                         HSBC Bank
8317 Vintage Club Circle                Butler & Butler, LLP                    Attn: Managing Officer/Agent
Porters Neck Plantation                 PO Box 38                               PO Box 80082
Wilmington, NC 28411-7690               Wilmington, NC 28402-0038               Salinas, CA 93912-0082


Internal Revenue Service                Andrew Kussmaul                         LVNV Funding, LLC its successors and assigns
Attn:  Managing Officer/Agent           Bonial & Associates P.C.                assignee of MHC Receivables, LLC and
Post Office Box 7346                    14841 Dallas Parkway, Suite 425         FNBM, LLC
Philadelphia, PA 19101-7346             Dallas, TX 75254-8067                   Resurgent Capital Services
                                                                                PO Box 10587
                                                                                Greenville, SC 29603-0587


Marjorie K. Lynch                       B. Perry Morrison Jr.                   NEW HANOVER COUNTY TAX OFFICE
Bankruptcy Administrator                Morrison Law Firm, PLLC                 PO BOX 18000
434 Fayetteville Street, Suite 640      PO Box 2046                             WILMINGTON, NC 28406-7742
Raleigh, NC 27601-1888                  Wilson, NC 27894-2046


New Hanover County Tax Dept.            North Carolina Dept. of Revenue         Cindy G. Oliver
Attn: Managing Officer/Agent            Office Serv. Division Bankr. Unit       Longleaf Law Partners
PO Box 18000                            PO Box 1168                             2235 Gateway Access Point, Suite 201
Wilmington, NC 28406-7742               Raleigh, NC 27602-1168                  Raleigh, NC 27607-3076


Otho Pros Express, Inc.                 (p)PORTFOLIO RECOVERY ASSOCIATES LLC    Recovery Management Systems Corporation
Attn: Managing Officer/Agent            PO BOX 41067                            25 SE 2nd Avenue, Suite 1120
6510 Northpark Blvd                     NORFOLK VA 23541-1067                   Miami, FL 33131-1605
Charlotte, NC 28216-2367


Recovery Management Systems Corporation Sears/Citibank, N.A.                    Specialized Loan Servicing LLC
25 S.E. 2nd Avenue, Suite 1120          Attn: Managing Officer/Agent            14841 Dallas Parkway Suite 300
Miami, FL 33131-1605                    PO Box 6282                             Dallas, TX 75254-7883
                                        Sioux Falls, SD 57117-6282


Specialized Loan Servicing LLC          Stephen Troy Staley                     Richard M Stearns
8742 Lucent Blvd Suite 300              Hutchens, Senter, Kellam & Pettit, P.A. 1015 Conference Drive
Highlands Ranch, CO 80129-2386          PO Box 2505                             Greenville, NC 27858-5969
                                        Fayetteville, NC 28302-2505


US Bank Trust NA                        Wells Fargo Bank, N.A.                  Wells Fargo Bank, National Association
Igloo Series II Trust                   Business Direct Division                P.O. Box 29482
c/o SN Servicing Corp                   P.O. Box 29482                          Pheoniz, AZ 85038-9482
323 5th Street                          Phoenix, AZ 85038-8650
Eureka, CA 95501-0305                   Telephone number 85038-9482


White & Allen, P.A.
1319 Commerce Drive
PO Drawer U
New Bern, NC 28563-8520
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T<br>Attn: Jack R. Hayes<br>PO Box 1847<br>Wilson, NC 27894-9965 | (d)BB&T<br>Attn: Jack R. Hayes<br>P.O. Box 1847<br>Wilson, NC 27894 | Bank Of America<br>Attn: Managing Officer/Agent<br>PO Box 982235<br>El Paso, TX 79998 |
| Bankruptcy Administrator<br>1760-B Parkwood Blvd.<br>Wilson, NC 27893 | John C. Bircher III<br>White & Allen, PA<br>1319 Commerce Drive<br>PO Drawer U<br>New Bern, NC 28563 | (d)John C. Bircher III<br>White & Allen, PA<br>1319 Commerce Drive<br>PO Drawer U<br>New Bern, NC 28563 |
| Discover Financial Services LLC<br>Attn: Managing Officer/Agent<br>PO Box 30943<br>Salt Lake City, UT 84130 | Portfolio Recovery Associates, LLC<br>PO Box 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)American Express Bank, FSB<br>American Express Bank, FSB | (u)Bank of America, N.A. | (u)Bankruptcy Administrator |
| (u)Branch Banking and Trust Company | (u)Butler & Butler, L.L.P. | (u)Specialized Loan Servicing LLC |
| (u)US Bank NA Trustee Igloo Series II Trust | (u)Wells Fargo Bank<br>Well Fargo Bank | End of Label Matrix<br>Mailable recipients    54<br>Bypassed recipients     8<br>Total                   62 |